UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Janet Hassen, ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 4:12-cv-01575 FRB |
| vs. ) | |
| ) | |
| AMCO Insurance Company, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

The above styled and numbered case was filed on August 31, 2012 and randomly assigned to the Honorable Frederick R. Buckles , United States Magistrate Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly.   The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Jean C. Hamilton, United States District Judge, under cause number 2:12cv00068.   **IT IS FURTHER ORDERED** that cause number. 4:12cv01575 FRB be administratively closed.

Dated this 4th day of September, 2012.          JAMES G. WOODWARD
                                                CLERK OF COURT

                                        By: /s/Michele Crayton
                                            Deputy In Charge

**Please note the new case number: 2:12cv00068 JCH.**