UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Janet Hassen,<br><br>    Plaintiff<br><br>vs.<br><br>AMCO Insurance Company,<br><br>    Defendant. | Case No. 4:12-cv-01575 FRB |

## ORDER

The above styled and numbered case was filed on August 31, 2012 and randomly assigned to the Honorable Frederick R. Buckles , United States Magistrate Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Jean C. Hamilton, United States District Judge, under cause number 2:12cv00068. **IT IS FURTHER ORDERED** that cause number. 4:12cv01575 FRB be administratively closed.

Dated this 4th day of September, 2012.        JAMES G. WOODWARD
                                                        CLERK OF COURT

                                                        By: /s/Michele Crayton
                                                           Deputy In Charge

**Please note the new case number: 2:12cv00068 JCH.**